ACCEPTED
03-15-00436-CV
6212457
THIRD COURT OF APPEALS
AUSTIN, TEXAS
7/24/2015 11:58:32 AM
JEFFREY D. KYLE
CLERK

**No. 03-15-00436-CV**

**In the Third Court of Appeals**
**Austin, Texas**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
7/24/2015 11:58:32 AM
JEFFREY D. KYLE
Clerk

**CHARLES O. "CHUCK" GRIGSON;**
**GERALD HOOKS AND LESLIE HOOKS,**
*Appellants,*

**v.**

**THE STATE OF TEXAS; THE TEXAS DEPARTMENT OF**
**INSURANCE; THE TEXAS COMMISSIONER OF INSURANCE;**
**and FARMERS GROUP, INC., FARMERS TEXAS COUNTY MUTUAL**
**INSURANCE COMPANY, TEXAS FARMERS INSURANCE COMPANY,**
**FIRE INSURANCE EXCHANGE, ET AL.,**
*Appellees.*

On Appeal from the 261st Judicial District Court, Travis County, Texas
Cause No. D-1-GV-02-002501

**APPELLEES' JOINT MOTION TO DISMISS GERALD AND LESLIE**
**HOOKSES' APPEAL FOR LACK OF APPELLATE JURISDICTION**
**AND REQUEST FOR EXPEDITED CONSIDERATION OF MOTION**

Marcy Hogan Greer
State Bar No. 08417650
mgreer@adjtlaw.com
ALEXANDER DUBOSE JEFFERSON &
TOWNSEND LLP
515 Congress Ave., Suite 2350
Austin, Texas 78701
Telephone: 512-482-9300
Telecopier: 512-482-9303

M. Scott Incerto
State Bar No. 10388950
scott.incerto@nortonrosefulbright.com
NORTON ROSE FULBRIGHT US LLP
98 San Jacinto Blvd., Suite 1100
Austin, Texas 78701
Telephone: 512-474-5201
Telecopier: 512-536-4598

**COUNSEL FOR DEFENDANTS-APPELLEES**
**THE FARMERS PARTIES**

Joshua R. Godbey
State Bar No. 24049996
joshua.godbey@texasattorneygeneral.gov
Ryan S. Mindell
State Bar No. 24089707
ryan.mindell@texasattorneygeneral.gov
Jennifer S. Jackson
State Bar No. 24060004
jennifer.jackson@texasattorneygeneral.gov
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548
Austin, Texas 78711-2548
Telephone: (512) 475-4209
Fax: (512) 477-2348)

**COUNSEL FOR PLAINTIFFS-APPELLEES, THE**
**STATE OF TEXAS, THE TEXAS DEPARTMENT**
**OF INSURANCE, AND THE TEXAS**
**COMMISSIONER OF INSURANCE**

TO THE HONORABLE COURT OF APPEALS:

Appellees, the State of Texas, the Texas Department of Insurance and the Texas Commissioner of Insurance (jointly, "the State") and the Farmers Parties[1] (together with the State, the "Settling Parties") file this Joint Motion to Dismiss Gerald and Leslie Hookses' Appeal for Lack of Appellate Jurisdiction and Request for Expedited Consideration of Motion to show the Court as follows:

## ARGUMENT AND AUTHORITIES

On July 20, 2015—after the Settling Parties had already filed their Joint Motion to Dismiss Appellant Charles O. "Chuck" Grigson's ("Grigson's") appeal—a second set of intervenors, Gerald and Leslie Hooks ("Hookses"), filed a Notice of Interlocutory Appeal from the district court's July 6, 2015, Order of Preliminary Approval. The Hookses' Notice is *identical* to the Notice filed by Grigson on July 15, 2015.[2] The Hookses' appeal is likewise deficient and

---

[1] Farmers Group, Inc., Fire Underwriters Association, Farmers Underwriters Association, Farmers Insurance Exchange, Fire Insurance Exchange, Texas Farmers Insurance Company, Mid-Century Insurance Company of Texas, Mid-Century Insurance Company, Farmers Texas County Mutual Insurance Company, Truck Insurance Exchange, and Truck Underwriters Association

[2] Like Grigson's counsel, the Hookses are also not strangers to the long history of this case, which prevents them (and any others) from pursuing this frivolous interlocutory appeal. The Hookses intervened in this case on May 16, 2003, on the eve of the first preliminary approval hearing; appealed the district court's original 2003 Order certifying the settlement classes; and exhausted that appeal years later after losing on all their objections before the Texas Supreme Court and this Court. *See Farmers Grp., Inc. v. Lubin*, 222 S.W.3d 417, 420, 427-28 (Tex. 2007); *Lubin v. Farmers Grp., Inc.*, No. 03-03-00374-CV, 2009 WL 3682602, at *26-32 (Tex. App.—Austin Nov. 6, 2009, no pet.) (rejecting all objections raised by the Hookses and noting

improper and should be dismissed on an expedited basis for the same reasons demonstrated in the Settling Parties' Joint Motion to Dismiss Appeal for Lack of Appellate Jurisdiction and Request for Expedited Consideration of Motion, which was filed on July 20, 2015, and the arguments of which are incorporated here by reference.

## CONCLUSION

For these reasons, the Settling Parties request that the Court: (i) expedite consideration of this request; (ii) grant the Appellees' Joint Motion to Dismiss Gerald and Leslie Hookses' Appeal for Lack of Appellate Jurisdiction; (iii) dismiss this appeal; and (iv) grant such other and further relief to which the Appellees are entitled.

---

their "delay[] [in] becoming involved in this case until right before the certification hearing"). They are, as much as anyone, well aware that the district court certified the classes at issue back in 2003, given their participation in the proceedings that challenged that certification decision at the time.

These and other facts stated in this Motion are in the record, within the Court's knowledge in its official capacity, or in the personal knowledge of the undersigned, and so, no affidavit in support is needed. TEX. R. APP. P. 10.2.

Date: July 24, 2015 Respectfully submitted,

/s/ *M. Scott Incerto*
Marcy Hogan Greer
State Bar No. 08417650
mgreer@adjtlaw.com
ALEXANDER DUBOSE JEFFERSON & TOWNSEND LLP
515 Congress Avenue, Suite 2350
Austin, Texas 78701-3562
Telephone: (512) 482-9300
Facsimile: (512) 482-9303

M. Scott Incerto
State Bar No. 10388950
scott.incerto@nortonrosefulbright.com
NORTON ROSE FULBRIGHT US LLP
98 San Jacinto Blvd., Suite 1100
Austin, Texas 78701
Telephone: 512-474-5201
Telecopier: 512-536-4598

Darryl W. Anderson
State Bar No. 24008694
darryl.anderason@nortonrosefulbright.com
Geraldine W. Young
State Bar No. 24084134
geraldine.young@nortonrosefulbright.com
NORTON ROSE FULBRIGHT US LLP
1301 McKinney, Suite 5100
Houston, Texas 77010 3095
Telephone: 713 651 5151
Telecopier: 713 651 5246

**ATTORNEYS FOR DEFENDANTS-APPELLEES FIRE UNDERWRITERS ASSOCIATION, FARMERS GROUP, INC., FARMERS UNDERWRITERS ASSOCIATION, FARMERS INSURANCE EXCHANGE, FIRE INSURANCE EXCHANGE, TEXAS FARMERS INSURANCE COMPANY, MID-CENTURY INSURANCE COMPANY OF TEXAS, MID-CENTURY INSURANCE COMPANY, FARMERS TEXAS COUNTY MUTUAL INSURANCE COMPANY, TRUCK INSURANCE EXCHANGE, AND TRUCK UNDERWRITERS ASSOCIATION**

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

ROBERT O'KEEFE
Division Chief
Financial Litigation, Tax, and Charitable Trusts Division

 /s/ *Joshua R. Godbey*
JOSHUA R. GODBEY
Assistant Attorney General
LEAD ATTORNEY
State Bar No. 24049996
Telephone: (512) 475-4209
joshua.godbey@texasattorneygeneral.gov
RYAN S. MINDELL
Assistant Attorney General
State Bar No. 24089707
Telephone: (512) 936-1721
ryan.mindell@texasattorneygeneral.gov
JENNIFER S. JACKSON
Assistant Attorney General
State Bar No. 24060004
Telephone: (512) 463-9917
jennifer.jackson@texasattorneygeneral.gov
Financial Litigation, Tax, and Charitable Trusts Division
P.O. Box 12548
Austin, Texas  78711-2548
Fax: (512) 477-2348)

**ATTORNEYS FOR PLAINTIFFS-APPELLEES, THE STATE OF TEXAS, THE TEXAS DEPARTMENT OF INSURANCE, AND THE TEXAS COMMISSIONER OF INSURANCE**

4

**CERTIFICATE OF SERVICE**

On July 24, 2015, I electronically filed the Appellees' Joint Motion to Dismiss Gerald and Leslie Hookses' Appeal for Lack of Appellate Jurisdiction and Request for Expedited Consideration of Motion with the Clerk of the Court using the eFile.TXCourts.gov electronic filing system which will send notification of such filing to the following (unless otherwise noted below).

Joseph C. Blanks
P.O. Box 999
Doucette, TX 75942
blanxlex@gmail.com

*Counsel for Appellants Gerald and Leslie Hooks*

Joe K. Longley
Philip K. Maxwell
1609 Shoal Creek Blvd. # 100
Austin, TX 78701
Joe@JoeLongley.com
phil@philmaxwell.com

*Counsel for Appellant Charles O. "Chuck" Grigson*

Michael J. Woods
8620 N. New Braunfels, Ste. 522
San Antonio, TX 78217
MichaelJWoods@sbcglobal.net

*Pro Se Intervenor/Objector*

/s/ *M. Scott Incerto*
M. Scott Incerto

**CERTIFICATE OF CONFERENCE**

I certify that, on July 20, 2015, I conferred with Joseph C. Blanks, counsel for Gerald and Leslie Hooks, about the merits of the foregoing motion, pursuant to Texas Rule of Appellate Procedure 10.1(a)(5), and he stated that the Hookses are opposed to the motion.

/s/ *M. Scott Incerto*
*M. Scott Incerto*

**CERTIFICATE OF COMPLIANCE WITH TEX. R. APP. P. 9.4(i)**

I certify that the foregoing document contains 737 words and complies with the word limit set forth in Texas Rule of Appellate Procedure 9.4(i).

/s/ *M. Scott Incerto*
*M. Scott Incerto*